RECEIVED
MAY - 5 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 06-60011-01 |
| VERSUS | * | JUDGE DOHERTY |
| CORRINE CADDY | * | MAGISTRATE JUDGE HILL |

## O R D E R

Upon consideration of the Motion to Dismiss filed by the government in this matter,

IT IS HEREBY ORDERED AND ADJUDGED that the outstanding Bill of Information is hereby DISMISSED against this defendant, without prejudice.

DONE AND SIGNED this ____ day of May 2006 at Lafayette, Louisiana.

REBECCA F. DOHERTY
United States District Judge

COPY SENT:
DATE: 5-5-06
BY:
TO: